UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK STATE ASSOCIATION FOR RETARDED CHILDREN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ANDREW CUOMO, et. al., <br><br> Defendants. | 72 Civ. 356, 357 (JRB) <br><br> **NOTICE OF MOTION FOR ATTORNEYS' FEES AND COSTS** |

  Upon the accompanying Declarations of Beth Haroules from the New York Civil Liberties Union, Roberta Mueller from New York Lawyers for the Public Interest, and David J. Abrams from Kasowitz Benson Torres LLP, with annexed exhibits, all dated February 20, 2019, and the accompanying Memorandum of Law in Support of the Motion for Attorneys' Fees and Costs, Plaintiffs hereby move for an order awarding reasonable attorneys' fees and reimbursement of costs related to the monitoring and enforcement of the Permanent Injunction in this action dated March 11, 1993 (the "Permanent Injunction"), pursuant to paragraph 22 of the Permanent Injunction, and granting such other and further relief as the Court deems appropriate.

Dated: February 20, 2019
New York, New York

Respectfully submitted,

KASOWITZ BENSON TORRES LLP

By: /s/ David J. Abrams
    David J. Abrams
    Deva Roberts

1633 Broadway
New York, New York 10019
(212) 506-1700