120 West 70th Street, 7D8D,          212.721.2325(h)  212.712.9893(f)
New York, New York  10023            917.596.2465(m)
                                     bharoules@gmail.com

# Beth Haroules

**Employment**

NEW YORK CIVIL LIBERTIES UNION
125 Broad Street, 19th floor
New York, New York  10004

Senior Staff Attorney, October 1994 to present.

Investigate, develop and litigate complex high-impact cases at the trial and appellate level in federal and state courts; serve as lead and co-counsel; work in conjunction with other staff within NCYLU and partner organizations, including private cooperating counsel, and provide direct representation to individuals

Write amicus briefs and organize amicus strategies

Work in coalition settings with multiple organizational partners

Engage in strategic case planning comprising integrated advocacy, using litigation, legislation, policy advocacy, community engagement and digital and media advocacy, as mutually supportive tactics to advance civil liberties/rights

Supervise, mentor, provide guidance, feedback, support, legal and technical assistance and advice to junior legal staff, legal fellows and interns, paralegal staff, advocacy and legislative staff, intake staff and other staff in NYC office and at NYCLU state chapters, other ACLU affiliates and cooperating attorneys; support Board committee work as tasked

Act as policy expert and advocate on variety of topical areas, including, among other topics, disabilities rights, public health issues, physician aid in dying issues, military recruitment issues in schools, Title IX issues in schools, local sign law restrictions; medical/informational privacy and electronic medical records and DNA databanking issues, various privacy and technology issues, including algorithms and facial recognition technology, in support of legislation and other advocacy campaigns

Conduct ongoing compliance monitoring of Willowbrook consent judgment and other applicable case orders

Represent the NYCLU at public events, conferences, and coalition meetings

Engage in legislative hearing testimony and other public education activities

Work with communications, development and finance departments to provide support and information, as needed, including press and media interviews in accord with office protocols, grant writing, budgeting issues, and responding to phone and mail inquiries from the public

Assist in the drafting and review of internal and external department reports and other non-litigation tasks essential for the smooth running of the legal department as needed.

Engage in ongoing continuing legal education and other professional development activities.

Currently:

NYCLU representative on NYC Behavioral Health & Criminal Justice Advisory Group: working through various initiatives, including NYPD CIT training and community drop off centers, set forth in Mayor's strategic criminal justice plan.

NYCLU representative on the Advisory Council to SDMNY, a consortium of faculty members from Hunter College/CUNY, a statewide association of provider agencies, the New York State Association of Community and Residential Agencies (NYSACRA) and the Arc of Westchester;  SDMNY is directed by University Professor, former CUNY Law School Dean and retired New York County Surrogate Kristin Booth Glen and is exploring alternative models to guardianship for people with IDD in NYS

NYCLU representative on NYC Crisis Prevention and Response Task Force, charged with developing a comprehensive, citywide strategy to prevent mental health crises and improve the City's response to emotionally distressed New Yorkers [TF is comprised of experts from inside and outside the government as well as New Yorkers who have lived with mental illness, assessing ways to increase early intervention and enhance coordination between the City's public health and safety agencies]


WHITE & CASE
1155 Avenue of the Americas
New York, New York  10036

Litigation associate, September 1986 to October 1994.

Commercial litigation involving intellectual property [copyright/trademark disputes and post- *Betamax* fair use disputes], contract, fraud, banking, real estate, limited partnerships, commercial paper, products liability and general bankruptcy matters.  ICC arbitrations.

Coordinator of firm's MENTOR law program with Jamaica High School.

Founding associate member of firm's Pro Bono Committee.

**Education**

BOSTON UNIVERSITY SCHOOL OF LAW
J.D., 1986.

Honors: Paul J. Liacos Scholar

HARVARD UNIVERSITY [Harvard-Radcliffe College]
A.B., cum laude, 1980.

Department:  History and Literature, Modern France and England.

Senior honors thesis:     <u>Marcel Proust, Art as Metaphor - </u><u>A la recherche de l'eternite</u>.

Honors:  Radcliffe Club of Boston Scholar.

UNIVERSITE DE PARIS, IV – SORBONNE
(Paris, France)
Spring semester, 1979.

Thesis research and non-credit courses in French language, literature and art history

| | |
|---|---|
| **Bar Association Activities** | Association of the Bar of the City of New York<br>Special Committee on Representation in Capital Cases<br>(Secretary to the Committee, 1994-1997)<br><br>Association of the Bar of the City of New York<br>Law and Science Committee (2006-2008)<br><br>Association of the Bar of the City of New York<br>Mental Health Committee (2011-2015)<br><br>Committee Report, Co-Author:  *REVISITING S.C.P.A 17-A*<br> *GUARDIANSHIP FOR PEOPLE WITH INTELLECTUAL AND*<br>*DEVELOPMENTAL DISABILITIES,*<br>CUNY L. Rev. Vol. 18.2 Summer 2015<br><br>New York State Bar Association<br>Section on Commercial and Federal Litigation (1987-1994)<br><br>New York Women's Bar Association<br>Committee on Litigation (1987-1994) |
| **Related Experience** | President of 38-unit housing cooperative on Upper West Side<br>(1990 to present)<br><br>Secretary of Board of Directors of Little Missionary Day Nursery, not-for-profit<br>Daycare center established in 1896 (1994-2001)<br><br>Co-Chair of Radcliffe College's Fifteen Reunion Gift Committee (Class of '80) |
| **Bar Admissions** | New York (1st Dep't, 2d Cir., S.D.N.Y, E.D.N.Y.,N.D.N.Y.)<br>Massachusetts (S.J.C., D. Mass.)<br>District of Columbia (D.C., D. D.C.)<br>U.S. Supreme Court |