| NYCLU attorneys | Case hours | Rates | Fee App Hours | Rates | Travel hours | Travel Rates | Total | Fees Sought |
|---|---|---|---|---|---|---|---|---|
| **2012 fees** | | | | | | | | **$674,302.88** |
| BH | 927.32 | 600 | | | 14 | 300 | $560,832.00 | |
| LL | 224.66 | 525 | | | 15.8 | 262.5 | $113,470.88 | |
| | | | | | | | | |
| **2013 fees** | | | | | | | | **$484,497.38** |
| BH | 602.6 | 600 | | | 22.3 | 300 | $370,050.00 | |
| LL | 225.62 | 525 | | | 15.25 | 262.5 | $114,447.38 | |
| | | | | | | | | |
| **2014 fees** | | | | | | | | **$699,559.88** |
| BH | 961.1 | 600 | | | 6.3 | 300 | $578,550.00 | |
| LL | 234.62 | 525 | | | 8.25 | 262.5 | $121,009.88 | |
| | | | | | | | | |
| **2015 fees** | | | | | | | | **$447,795.00** |
| BH | 621.4 | 600 | | | 3.2 | 300 | $374,400.00 | |
| LL | 139.8 | 525 | | | 4.92 | 262.5 | $73,395.00 | |
| | | | | | | | | |
| **2016 fees** | | | | | | | | **$478,939.50** |
| BH | 727.1 | 600 | | | 2.3 | 300 | $436,950.00 | |
| LL | 79.48 | 525 | | | 3 | 262.5 | $41,989.50 | |
| | | | | | | | | |
| **2017 fees** | | | | | | | | **$483,195.00** |
| BH | 740.9 | 600 | | | 2.6 | 300 | $445,920.00 | |
| LL | 71.6 | 525 | | | 1.2 | 262.5 | $37,275.00 | |
| | | | | | | | | |
| **2018 fees** | | | | | | | | **$452,118.00** |
| BH | 687.35 | 600 | 23.6 | 600 | 18.5 | 300 | $432,840.00 | |
| LL | 36.72 | 525 | 0 | | 0 | 262.5 | $19,278.00 | |
| | | | | | | | | |
| **2019 fees** | | | | | | | | **$68,978.75** |
| BH | 82.83 | 600 | 29.5 | 600 | 3.7 | 300 | $66,240.00 | |
| LL | 5.22 | 525 | 0 | | 0 | | $2,738.75 | |
| | | | | | | | | |
| **Total fees** | | | | | | | | **$3,789,386.39** |